# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**FLYING J INC.,**

        Plaintiff,

        **Case No. 08-C-110**

   **-vs-**

**J.B. VAN HOLLEN, Attorney General of Wisconsin, ROD NILSESTUEN, Secretary of the Wisconsin Department of Agriculture, Trade and Consumer Protection, each in his official capacity,**

        Defendants.

## ORDER

Based on the Stipulation of the parties,

IT IS HEREBY ORDERED:

1. The Rule 16 Scheduling Conference in this matter shall be adjourned and rescheduled, if necessary, to a date after the pending summary judgment motion (and any cross-motion for summary judgment) are decided;

2. The briefing schedule for summary judgment shall be as follows:

    a. Defendants shall have until April 28, 2008 to file a combined brief in response to plaintiff's summary judgment brief and in support of any cross-motion for summary judgment;

        b.        Plaintiff shall have until May 29, 2008 to file a combined reply brief in support of its motion, and in response to any cross-motion for summary judgment; and

        c.        Defendants shall have until June 13, 2008 to file a reply brief in support of any cross-motion for summary judgment; and

3.        The parties shall not be required to hold a Rule 26(f) attorney planning meeting until after summary judgment is decided.

Dated at Milwaukee, Wisconsin, this 7th day of April, 2008.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**