# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**FLYING J, INC.,**

        Plaintiff,

    V.            CASE NUMBER: **08-C-110**

**J.B. VAN HOLLEN, Attorney General of Wisconsin,**
**ROD NILSESTUEN, Secretary of the Wisconsin Department of**
**Agriculture, Trade and Consumer Protection,**

        Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED **that the Wisconsin Unfair Sales Act, Wis. Stat. § 100.30 motor vehicle fuel provisions are unconstitutional because they violate the Sherman Act's prohibition against restraints of trade.** *See* **15 U.S.C. § 1.**

**The defendants are enjoined from enforcing the motor vehicle fuel provisions of the Unfair Sales Act.**

**Plaintiff Flying J, Inc.'s motion for summary judgment is GRANTED.**

**Defendants J.B. Van Hollen and Rod Nilsestuen's motion for summary judgment is DENIED.**

**This action is hereby DISMISSED.**

| | |
|---|---|
|      **February 11, 2009** |  **JON W. SANFILIPPO** |
| Date | Clerk |
| | |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |

APPROVED AS TO FORM:

*s/ Rudolph T. Randa*
Hon. Rudolph T. Randa
Chief Judge
February 11, 2009